No. 25-3153

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

**NOEL LOPEZ DE LA CRUZ,**
**Petitioner - Appellee,**

**v.**

**KRISTI NOEM, Secretary of Department of Homeland Security, et al.,**
**Respondents - Appellants.**

---

## STIPULATED DISMISSAL OF APPEAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

In accordance with Federal Rule of Appellate Procedure 42(b)(2), the parties hereby stipulate to dismissal of this appeal from the district court's October 20, 2025 order. The parties agree that each side will bear its own fees and costs with respect to this appeal.

///

///

///

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MELISSA NEIMAN-KELTING
Assistant Director

*s/Allison Frayer*
ALLISON FRAYER
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044


/s/ Benjamin David Bergmann
BENJAMIN DAVID BERGMANN
PARRISH & KRUIDENIER
2910 Grand Ave.
Des Moines, IA 50312


Dated: December 4, 2025

2

# CERTIFICATE OF COMPLIANCE

The foregoing complies with the type-volume limitation of Fed. R. App.

P. 27(d)(2)(A) and Fed. R. App. P. 32(g) because it contains 317 words,

excluding the parts of the document exempted by Fed. R. App. P. 32(f).

/s/ Allison Frayer
ALLISON FRAYER
Senior Litigation Counsel
Office of Immigration Litigation
Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
(202) 532-4518

Date: December 4, 2025

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I further certify that Petitioner-Appellee's counsel, Benjamin David Bergmann and Alexander David Smith, are a registered CM/ECF users, and service will be accomplished via the CM/ECF system.

<u>/s/ Allison Frayer</u>
ALLISON FRAYER
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
Telephone: (202) 532-4518
Allison.frayer@usdoj.gov

4